# United States District Court

### District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For **Revocation** of Supervised Release) |
| | Case Number: **03-141(DSD/RLE)** |
| **Ralph Joseph Thunder Jr.** | USM Number: **10934-041** |
| | Social Security Number: **1238** |
| | Date of Birth: **1965** |

**Lyonel Norris**
Defendant's Attorney

## THE DEFENDANT:

[**x**]     admitted guilt to violation of: **Mandatory and Special Conditions** of the term of supervision.
[]     was found in violation of condition(s)  after denial of guilt.
The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition | Committed crime | 05/08/2009 |
| Special Condition | Failure to abstain from use of alcohol | 05/08/2009 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[]     The defendant has not violated condition(s)  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**June 8, 2009**
Date of Imposition of Judgment

s/David S. Doty
Signature of Judge

**DAVID S. DOTY**, Senior United States District Judge
Name & Title of Judge

**June 8, 2009**
Date

DEFENDANT:          RALPH JOSEPH THUNDER JR.
CASE NUMBER:       03-141(DSD/RLE)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **12 months and one day with no supervision to follow**.

[**x**]    The court makes the following recommendations to the Bureau of Prisons:

   **Incarceration in a medical facility.**
   **If the designation recommendation is not followed, the court requests reasons from the Bureau of Prisons.**

[**x**]    The defendant is remanded to the custody of the United States Marshal.

[]     The defendant shall surrender to the United States Marshal for this district.
       [] at   on .
       [] as notified by the United States Marshal.

[]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [] before  on .
       [] as notified by the United States Marshal.
       [] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
United States Marshal

By _____
Deputy United States Marshal