UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    v.                                                                                     NOTICE

Ralph Joseph Thunder, Jr.,
a/k/a Bill Thunder,

               Defendant.                           Crim. No. 03-141 (DSD/RLE)

The following exhibit(s) entered into evidence at a detention/motion/suppression hearing in the above referenced case are being returned to the United States Attorney or defense counsel for any action they may deem appropriate.

| | |
|---|---|
| Government Exhibit 1 | Application for Search Warrant and Supporting Affidavit, dated December 17, 2002 |
| Government Exhibit 2 | Miranda Rights Warning and Waiver Form, dated December 18, 2002 |
| Government Exhibit 3 | Memorandum of Interview, dated December 18, 2002 |

DATED: June 15, 2011                                  s/ *Victoria L. Miller*
                                                                                Victoria L. Miller, Judicial Assistant to
                                                                                Magistrate Judge Leo I. Brisbois